THIS DOCUMENT HAS BEEN PLACED UNDER SEAL PER COURT ORDER