**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD LENTZ,** | ) | **CASE NO. 1:04CV0669** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Judge John M. Manos** |
| | ) | |
| **CITY OF CLEVELAND, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | **ORDER** |

Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, the Defendants' Motion for Summary Judgment is **GRANTED**, in part, and **DENIED**, in part. The Court defers a ruling on the invasion of privacy claim until it has an opportunity to rule on a pending motion to compel.

**IT IS SO ORDERED.**

**Date: January 18, 2006**            */s/ John M. Manos*
                                                       **UNITED STATES DISTRICT JUDGE**