IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD P. LENTZ, | ) | CASE NO. 04 CV 0669 |
| | ) | |
| Plaintiff, | ) | JUDGE KATHLEEN O'MALLEY |
| | ) | |
| vs. | ) | |
| | ) | PLAINTIFF'S MOTION TO |
| THE CITY OF CLEVELAND, et al. | ) | FILE OPPOSITION BRIEF |
| | ) | UNDER SEAL |
| Defendants | ) | |
| | ) | |

Now comes Plaintiff, by and through counsel, and hereby requests and Order allowing Plaintiff to file his Opposition to the Defendants Motion in Limine Regarding Dr. Steinberg under Seal. Plaintiff's Opposition contains references and quotations from Exhibits already sealed by Court Order, notably Exhibits 4 and 7, which contain personal psychological information relating to Plaintiff. (R. 103).

Respectfully submitted,

/s/ David G. Oakley
Edward G. Kramer (0024873)
David G. Oakley (0068362)
Kramer & Associates, L.P.A.
3214 Prospect Avenue, East
Cleveland, Ohio 44115-2600
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The forgoing Motion to Seal Brief in Opposition to Defendants Motion in Limine regarding Dr. Steinberg was filed electronically on October 19, 2006. All parties of record shall receive notification though the operation of the Court's electronic docketing system.

/s/ David G. Oakley
Attorney for Plaintiffs