UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **EDWARD LENTZ, JR.,** | : | Case No. 04-CV-669 |
| Plaintiff, | : | |
| | : | JUDGE KATHLEEN O'MALLEY |
| v. | : | |
| **CITY OF CLEVELAND**, *et al.*, | : | **MEMORANDUM & ORDER** |
| Defendants. | : | |

On June 4, 2009, the United States Court of Appeals for the Sixth Circuit issued an opinion affirming the Court's judgment but remanding the case for the Court "to calculate an appropriate remittitur or hold a retrial on damages." (*See* Doc. 202.)[1] Pursuant to the instructions set forth in the Sixth Circuit's opinion remanding the case, the Court hereby Orders the parties to file simultaneous briefs on the issue of damages within twenty (20) days of the date of this Order. The Court will then proceed to calculate an appropriate remittitur based on the record and the parties submissions, as instructed by the Sixth Circuit.[2]

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley<br>
KATHLEEN McDONALD O'MALLEY<br>
UNITED STATES DISTRICT JUDGE

Dated: July 14, 2009

---

[1] The Sixth Circuit issued the *Mandate* on July 9, 2009. (Doc. 204.)

[2] The Court does not contemplate holding a retrial on damages.